In the Matter of the Claim of MARIA M. ALMONTE, Appellant. COMMISSIONER OF LABOR, Respondent.

Submitted April 25, 2011; decided June 9, 2011

Motion for reconsideration of this Court's March 31, 2011 dismissal order denied [*see* 16 NY3d 824 (2011)].

In the Matter of ANONYMOUS, an Applicant for Admission to the Bar, Appellant.

Submitted April 25, 2011; decided June 9, 2011

Motion for reconsideration of this Court's February 15, 2011 dismissal order denied [*see* 16 NY3d 759 (2011)].

BAYGOLD ASSOCIATES, INC., Appellant, v CONGREGATION YETEV LEV OF MONSEY, INC., Respondent.

MONSEY PARK HOME FOR ADULTS, Appellant, v ISRAEL ORZEL, Respondent, et al., Defendants.

Submitted April 4, 2011; decided June 9, 2011

Judge JONES taking no part.